IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

KELLEY ALLENDER,                           )
                                           )
            Plaintiff,                     )    TC-MD 180077N
                                           )
      v.                                   )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
            Defendant.                     )    **FINAL DECISION OF DISMISSAL[1]**

      This matter came before the court on its own motion to dismiss for lack of prosecution.

      On March 8, 2018, Plaintiff filed her Complaint challenging Defendant's Notice of

Assessment for tax year 2014, stating that the assessment was in error because "my identity

including social security [number] [and] bank info was stolen [and] these taxes are a result."

Plaintiff further stated that the "IRS has also assigned an investigator to my case."

      On April 30, 2018, the court issued a Journal Entry memorializing Plaintiff's agreement

made during the case management conference to provide the court and Defendant a copy of a

document identifying the status of the IRS review of her 2014 income tax liability by

May 4, 2018.

      On May 11, 2018, after Plaintiff's failure to provide such a document, the court issued an

Order, instructing Plaintiff to provide the document within 14 days.  Plaintiff's deadline has

passed, and the court has not received further communication from Plaintiff.  Under such

circumstances, the court finds the appeal must be dismissed for lack of prosecution.  Now,

therefore,

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered June 4, 2018.  The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of June 2018.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer and entered on June 22, 2018.*